IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KATRINA RANDOLPH,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | CIVIL ACTION NO. 3:06CV51-WHA |
| ) | [WO] |
| AMERICAN INTERNATIONAL           ) | |
| GROUP, INC., et al.,           ) | |
| ) | |
| Defendants.           ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that this court's order (Doc. #16) filed on 23 February 2006 is hereby VACATED.

DONE this 24th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE